786

titioner. *Messrs. Joseph C. Stone* and *Charles A. Moon* for respondent.

No. 814. SAMPSELL, TRUSTEE IN BANKRUPTCY, ET AL. *v.* TOM. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas S. Tobin* for petitioners. *Mr. Reuben G. Hunt* for respondent.

No. 821. SIBLEY SYNDICATE *v.* COMMISSIONER OF INTERNAL REVENUE. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Harry Allen, Harry B. Sutter,* and *Samuel H. Horne* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Valentine Brookes* for respondent.

No. 858. RUTIGLIANO *v.* NEW YORK. April 12, 1943. Petition for writ of certiorari to the Court of General Sessions of the County of New York, New York, denied. *Nicholas Rutigliano, pro se.*

No. 765. HOPKINS, U. S. DISTRICT JUDGE, *v.* UNITED STATES. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Austin M. Cowan, T. M. Lillard,* and *Fred Robertson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 772. NEW YORK TRUST CO., TRUSTEE, ET AL. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. April 12, 1943. Petition for writ of certiorari to the Circuit Court of